**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

JESSICA L. RIX, individually and on )
behalf of all others similarly situated, )
                                  )     Case No. 4:16-cv-00930-HFS
           Plaintiff, )
                                  )
v.                                  )     Hon. Howard F. Sachs
                                  )
HEALTHCARE SERVICES GROUP, )
INC., )
                                  )
           Defendant. )

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff, Jessica L. Rix, by undersigned counsel, files this notice of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) and states:

1. Plaintiff is Ms. Jessica Rix, a Missouri resident, and Defendant is Healthcare Services Group, Inc. is headquartered in Bensalem, PA.

2. Plaintiff brought suit on July 22, 2016 alleging violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. The case was removed to this Court on August 24, 2016.

3. This Court compelled the case to arbitration on January 12, 2017.

4. This case has not been certified as a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

1

Dated: April 7, 2017

Respectfully submitted,

s/ *A.J. Stecklein*

A.J. Stecklein           #46663
Michael H. Rapp       #66688
Stecklein & Rapp, Chtd.
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0147
Email: aj@kcconsumerlawyer.com
        mr@kcconsumerlawyer.com

-and-

Amy Wells              (*Pro Hac Vice*)
Keith J. Keogh        (*Pro Hac Vice*)
Keogh Law, Ltd.
55 W. Monroe St., Suite 3390
Chicago, Illinois 60603
312.726.1092 (office)
312.726.1093 (fax)
AWells@keoghlaw.com
Keith@KeoghLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2017, a true and correct copy of the above and foregoing was filed electronically with the Court's ECF filing system, which will automatically notify counsel of record.

/s/  *A.J. Stecklein*
Attorney for Plaintiff

2