IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JESSICA L. RIX                    )
                                  )
Plaintiff,                        )
                                  )
       v.                         )        Case No. 16-00930-CV-W-HFS
                                  )
HEALTHCARE SERVICES GROUP )
INC.,                             )
                                  )
Defendant.                        )

# ORDER

Plaintiff has filed a notice of dismissal pursuant to Fed.R.Civ.P.

41(a)(1)(A)(i).

Accordingly, it is hereby

ORDERED that the above captioned case is DISMISSED.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

May  26th, 2017

Kansas City, Missouri